# Exhibit A

| RESPONDENT | PETITIONER | Dispute Number | Petitioner's Final Offer | Respondent's Final Offer | Date of Service | CPT Code | Date Filed | Decision Date | Entity Fee |
|---|---|---|---|---|---|---|---|---|---|
| Aetna, Inc. | Avraham Plastic Surgery LLC | DISP-1559295 | $25,150.00 | $0.00 | 12/29/2022 | 15734 | 7/19/2024 | 1/13/2025 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1690641 | $6,098.66 | $0.00 | 7/29/2022 | 46606 | 8/22/2024 | 1/22/2025 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1477865 | $5,400.00 | $0.00 | 8/19/2022 | 46505 | 6/26/2024 | 12/19/2024 | $1,170.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1477865 | $4,485.00 | $0.00 | 8/19/2022 | 46930 | 6/26/2024 | 12/19/2024 | |
| Aetna, Inc. | Bespoke Surgical | DISP-1471872 | $10,516.61 | $0.00 | 8/18/2023 | 46230 | 6/25/2024 | 12/2/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1553309 | $70,818.87 | $0.00 | 5/26/2023 | 46604 | 7/18/2024 | 12/16/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1553017 | $30,000.00 | $0.00 | 6/10/2022 | 46604 | 7/18/2024 | 1/6/2025 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1497595 | $70,818.87 | $0.00 | 8/18/2023 | 46604 | 7/2/2024 | 12/18/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1478392 | $5,400.00 | $0.00 | 3/11/2022 | 46505 | 6/26/2024 | 12/19/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1478390 | $4,360.00 | $0.00 | 3/11/2022 | 46270 | 6/26/2024 | 12/19/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1478388 | $6,098.66 | $0.00 | 3/11/2022 | 46606 | 6/26/2024 | 12/18/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1478391 | $4,360.00 | $0.00 | 3/11/2022 | 46200 | 6/26/2024 | 12/19/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1609590 | $24,480.00 | $0.00 | 8/18/2023 | 46230 | 8/1/2024 | 12/12/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1592865 | $30,000.00 | $0.00 | 3/25/2022 | 46604 | 7/29/2024 | 12/12/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1680292 | $4,482.00 | $0.00 | 5/12/2023 | 46930 | 8/19/2024 | 12/20/2024 | $1,170.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1680292 | $5,400.00 | $0.00 | 5/12/2023 | 46505-59 | 8/19/2024 | 12/20/2024 | |
| Aetna, Inc. | Bespoke Surgical | DISP-1678581 | $4,360.00 | $0.00 | 4/14/2023 | 46270 | 8/19/2024 | 12/12/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1678579 | $70,818.87 | $0.00 | 4/14/2023 | 46604 | 8/19/2024 | 11/18/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1678576 | $6,098.66 | $0.00 | 4/14/2023 | 46606 | 8/19/2024 | 12/12/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1678539 | $5,259.36 | $0.00 | 2/4/2022 | 46270 | 8/19/2024 | 12/12/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1678450 | $5,259.36 | $0.00 | 3/3/2023 | 46285 | 8/19/2024 | 12/16/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1678582 | $4,360.00 | $0.00 | 4/14/2023 | 46200 | 8/19/2024 | 12/12/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1678014 | $24,480.00 | $0.00 | 11/3/2023 | 46230-59 | 8/19/2024 | 1/8/2025 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1678013 | $5,259.00 | $0.00 | 11/3/2023 | 46270-59 | 8/19/2024 | 12/12/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1673356 | $4,411.08 | $0.00 | 2/25/2022 | 46200 | 8/16/2024 | 12/12/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1673355 | $5,400.00 | $0.00 | 2/25/2022 | 46505 | 8/16/2024 | 1/8/2025 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1673165 | $5,400.00 | $0.00 | 9/16/2022 | 46505 | 8/16/2024 | 12/16/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1673164 | $30,000.00 | $0.00 | 9/16/2022 | 46604 | 8/16/2024 | 12/12/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1673166 | $12,985.00 | $0.00 | 9/16/2022 | 46255 | 8/16/2024 | 12/16/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1672492 | $5,400.00 | $0.00 | 7/28/2023 | 46505 | 8/16/2024 | 12/16/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1672426 | $50,897.07 | $0.00 | 2/24/2023 | 46604 | 8/16/2024 | 12/16/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1672373 | $30,000.00 | $0.00 | 9/9/2022 | 46604 | 8/16/2024 | 11/18/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1671507 | $5,259.36 | $0.00 | 10/14/2022 | 46270 | 8/16/2024 | 12/16/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1668151 | $6,000.00 | $0.00 | 2/4/2022 | 46924 | 8/15/2024 | 12/12/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1668154 | $6,098.66 | $0.00 | 2/4/2022 | 46606-59 | 8/15/2024 | 12/12/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1667794 | $5,400.00 | $0.00 | 4/28/2023 | 46505-59 | 8/15/2024 | 12/12/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1667793 | $70,818.87 | $0.00 | 4/28/2023 | 46604 | 8/15/2024 | 12/16/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1667645 | $4,411.08 | $0.00 | 3/18/2022 | 46200 | 8/15/2024 | 12/12/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1667642 | $5,259.36 | $0.00 | 3/18/2022 | 46270 | 8/15/2024 | 12/6/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1667639 | $30,000.00 | $0.00 | 3/18/2022 | 46604 | 8/15/2024 | 12/9/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1666977 | $6,098.66 | $0.00 | 4/14/2023 | 46606 | 8/15/2024 | 12/12/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1666726 | $13,615.00 | $0.00 | 3/11/2022 | 11200 | 8/15/2024 | 12/12/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1666725 | $5,259.36 | $0.00 | 3/11/2022 | 46270 | 8/15/2024 | 12/16/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1666982 | $70,818.87 | $0.00 | 4/14/2023 | 46604 | 8/15/2024 | 12/16/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1728181 | $5,400.00 | $0.00 | 3/11/2022 | 46505-59 | 9/3/2024 | 11/13/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1771424 | $4,360.00 | $0.00 | 8/5/2022 | 46200 | 9/11/2024 | 1/8/2025 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1771415 | $30,000.00 | $0.00 | 8/5/2022 | 46604 | 9/11/2024 | 11/13/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1730045 | $9,864.00 | $0.00 | 8/19/2022 | 46257 | 9/4/2024 | 11/13/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1730044 | $5,400.00 | $0.00 | 8/19/2022 | 46505 | 9/4/2024 | 11/13/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1730043 | $30,000.00 | $0.00 | 8/19/2022 | 46604 | 9/4/2024 | 11/13/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1730041 | $6,098.66 | $0.00 | 8/19/2022 | 46606 | 9/4/2024 | 11/13/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1696807 | $5,400.00 | $0.00 | 8/26/2022 | 46505 | 8/23/2024 | 11/13/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1696804 | $6,098.66 | $0.00 | 8/26/2022 | 46606 | 8/23/2024 | 11/13/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1696680 | $6,000.00 | $0.00 | 1/21/2022 | 46924 | 8/23/2024 | 11/13/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1695837 | $70,818.87 | $0.00 | 5/5/2023 | 46604 | 8/23/2024 | 12/12/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1695834 | $4,360.00 | $0.00 | 5/5/2023 | 46270 | 8/23/2024 | 11/13/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1690409 | $70,818.87 | $0.00 | 9/15/2023 | 46604 | 8/22/2024 | 12/26/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1687008 | $70,818.87 | $0.00 | 8/18/2023 | 46604 | 8/21/2024 | 1/10/2025 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1685197 | $12,985.00 | $0.00 | 10/7/2022 | 46255 | 8/20/2024 | 12/16/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1680295 | $70,818.87 | $0.00 | 5/12/2023 | 46604 | 8/19/2024 | 12/12/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1872373 | $70,818.87 | $0.00 | 8/18/2023 | 46604 | 10/1/2024 | 12/11/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1872372 | $24,480.00 | $0.00 | 8/18/2023 | 46230 | 10/1/2024 | 12/11/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1872371 | $5,259.36 | $0.00 | 8/18/2023 | 46270 | 10/1/2024 | 11/13/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1872374 | $4,360.00 | $0.00 | 8/18/2023 | 46200 | 10/1/2024 | 12/11/2024 | $640.00 |
| Aetna, Inc. | Bespoke Surgical | DISP-1609588 | $6,098.66 | $0.00 | 8/18/2023 | 46606 | 8/1/2024 | 1/13/2025 | $640.00 |
| Aetna, Inc. | Complete Orthopaedics | DISP-1603519 | $80,000.00 | $0.00 | 4/3/2024 | 64722 | 7/31/2024 | 12/12/2024 | $640.00 |
| Aetna, Inc. | Devulapalli Medical PLLC | DISP-1027460 | $4,000.00 | $0.00 | 11/1/2023 | 64420-50 | 2/16/2024 | 12/12/2024 | $640.00 |
| Aetna, Inc. | Devulapalli Medical PLLC | DISP-1402467 | $6,305.00 | $0.00 | 2/7/2024 | 38530-RT | 6/5/2024 | 12/19/2024 | $640.00 |
| Aetna, Inc. | Forest Hill Medical Services | DISP-1918343 | $54,619.40 | $0.00 | 2/24/2023 | 59510 | 10/10/2024 | 1/2/2025 | $640.00 |
| Aetna, Inc. | Forest Hill Medical Services | DISP-1917060 | $45,000.00 | $0.00 | 11/29/2023 | 59510 | 10/10/2024 | 12/20/2024 | $640.00 |
| Aetna, Inc. | Forest Hill Medical Services | DISP-1917057 | $5,922.00 | $0.00 | 11/29/2023 | 99223 | 10/10/2024 | 1/22/2025 | $640.00 |
| Aetna, Inc. | Forest Hill Medical Services | DISP-1913479 | $5,922.00 | $0.00 | 1/12/2023 | 99223 | 10/9/2024 | 1/2/2025 | $640.00 |
| Aetna, Inc. | Francesco Gargano, MD | DISP-2154128 | $10,000.00 | $0.00 | 3/16/2024 | 13133 | 11/25/2024 | 1/14/2025 | $640.00 |
| Aetna, Inc. | Francesco Gargano, MD | DISP-1396717 | $7,000.00 | $0.00 | 3/16/2024 | 11042 | 6/3/2024 | 11/26/2024 | $640.00 |
| Aetna, Inc. | Francesco Gargano, MD | DISP-1671034 | $7,000.00 | $0.00 | 6/1/2024 | 11042-59 | 8/16/2024 | 12/16/2024 | $1,170.00 |
| Aetna, Inc. | Francesco Gargano, MD | DISP-1671034 | $900.00 | $0.00 | 6/1/2024 | 10060-LT | 8/16/2024 | 12/16/2024 | |
| Aetna, Inc. | Rowe Plastic Surgery of NJ, LLC | DISP-1661658 | $95,000.00 | $0.00 | 11/7/2022 | 19364 | 8/14/2024 | 12/12/2024 | $640.00 |
| Aetna, Inc. | Rowe Plastic Surgery of NJ, LLC | DISP-1661653 | $37,730.00 | $0.00 | 11/7/2022 | 38530 | 8/14/2024 | 12/12/2024 | $640.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Aetna, Inc. | Rowe Plastic Surgery of NJ, LLC | DISP-1661655 | $50,000.00 | $0.00 | 11/7/2022 | 19364 | 8/14/2024 | 12/12/2024 | $640.00 |
| Aetna, Inc. | T.V. Seshan, MD | DISP-943345 | $5,189.00 | $0.00 | 9/14/2023 | 95861 | 1/24/2024 | 11/25/2024 | $1,170.00 |
| Aetna, Inc. | T.V. Seshan, MD | DISP-943345 | $10,559.00 | $0.00 | 9/14/2023 | 95938 | 1/24/2024 | 11/25/2024 | |
| Aetna, Inc. | T.V. Seshan, MD | DISP-943345 | $16,547.91 | $0.00 | 9/14/2023 | 95939 | 1/24/2024 | 11/25/2024 | |
| Aetna, Inc. | T.V. Seshan, MD | DISP-943345 | $4,500.00 | $0.00 | 9/14/2023 | 95941 | 1/24/2024 | 11/25/2024 | |
| Anthem, Inc. | Healthspine and Anesthesia Institute LLC | DISP-1296411 | $7,500.00 | $0.00 | 7/19/2023 | 64494-50 | 5/1/2024 | 12/20/2024 | $1,170.00 |
| Anthem, Inc. | Healthspine and Anesthesia Institute LLC | DISP-1296411 | $8,700.00 | $0.00 | 7/19/2023 | 64493-50 | 5/1/2024 | 12/20/2024 | |
| Anthem, Inc. | Healthspine and Anesthesia Institute LLC | DISP-1296317 | $7,400.00 | $0.00 | 6/12/2023 | 64484-50 | 5/1/2024 | 12/26/2024 | $1,170.00 |
| Anthem, Inc. | Healthspine and Anesthesia Institute LLC | DISP-1296317 | $5,500.00 | $0.00 | 6/12/2023 | 64483-50 | 5/1/2024 | 12/26/2024 | |
| Anthem, Inc. | Riverhead Surgery, PC | DISP-2102860 | $30,000.00 | $0.00 | 3/5/2023 | 47562 | 11/18/2024 | 1/21/2025 | $640.00 |
| Anthem, Inc. | Riverhead Surgery, PC | DISP-2105013 | $30,000.00 | $0.00 | 11/28/2022 | 47562 | 11/18/2024 | 1/21/2025 | $640.00 |
| Anthem, Inc. | Riverhead Surgery, PC | DISP-2134680 | $1,500.00 | $0.00 | 8/18/2023 | 49591 | 11/21/2024 | 1/23/2025 | $1,170.00 |
| Anthem, Inc. | Riverhead Surgery, PC | DISP-2134680 | $33,000.00 | $0.00 | 8/18/2023 | 47562 | 11/21/2024 | 1/23/2025 | |
| Anthem, Inc. | Tech Medical Office PC | DISP-2115898 | $73,337.44 | $0.00 | 3/22/2022 | 47563 | 11/19/2024 | 1/6/2025 | $640.00 |
| Blue Cross Blue Shield Federal Employee Program | Complete Orthopaedics | DISP-1481835 | $160,000.00 | $0.00 | 2/7/2024 | 64722 | 6/27/2024 | 11/27/2024 | $640.00 |
| Blue Cross Blue Shield Federal Employee Program | Complete Orthopaedics | DISP-1481975 | $5,500.00 | $0.00 | 2/7/2024 | 20936 | 6/27/2024 | 11/27/2024 | $640.00 |
| Cigna Health and Life Insurance Company | Devulapalli Medical PLLC | DISP-1068664 | $33,860.00 | $0.00 | 10/10/2023 | 14302 | 2/27/2024 | 12/26/2024 | $1,170.00 |
| Cigna Health and Life Insurance Company | Devulapalli Medical PLLC | DISP-1068664 | $19,164.00 | $0.00 | 10/10/2023 | 14301 | 2/27/2024 | 12/26/2024 | |
| Cigna Health and Life Insurance Company | Francesco Gargano, MD | DISP-1172170 | $15,000.00 | $0.00 | 5/17/2023 | 30410 | 3/20/2024 | 12/11/2024 | $640.00 |
| Cigna Health and Life Insurance Company | Francesco Gargano, MD | DISP-1172171 | $13,500.00 | $0.00 | 5/17/2023 | 30465 | 3/20/2024 | 12/11/2024 | $640.00 |
| Emblemhealth, Inc. | Complete Orthopaedics | DISP-992084 | $11,260.00 | $0.00 | 10/12/2023 | 26746-RT | 2/7/2024 | 12/16/2024 | $640.00 |
| Emblemhealth, Inc. | T.V. Seshan, MD | DISP-1962936 | $27,200.00 | $0.00 | 10/13/2023 | G0453 | 10/23/2024 | 12/11/2024 | $640.00 |
| Oscar Health, Inc. | Complete Orthopaedics | DISP-2126001 | $12,070.20 | $0.00 | 5/4/2022 | 69990 | 11/20/2024 | 1/17/2025 | $640.00 |
| Oscar Health, Inc. | Complete Orthopaedics | DISP-2126000 | $30,000.00 | $0.00 | 5/4/2022 | 64714 | 11/20/2024 | 1/6/2025 | $640.00 |
| Oscar Health, Inc. | North Shore Surgical PC | DISP-1409506 | $1,770.00 | $0.00 | 6/18/2023 | 49591 | 6/7/2024 | 1/10/2025 | $640.00 |
| United Healthcare Insurance Company of New York d/b/a The Empire Plan | Devulapalli Medical PLLC | DISP-905100 | $8,098.08 | $0.00 | 4/19/2023 | 15839-59 | 1/12/2024 | 1/6/2025 | $640.00 |
| United Healthcare Insurance Company of New York d/b/a The Empire Plan | Tech Medical Office PC | DISP-1655646 | $30,000.00 | $0.00 | 1/17/2023 | 47562 | 8/13/2024 | 1/7/2025 | $640.00 |
| United Healthcare Services, Inc. | Francesco Gargano, MD | DISP-1249625 | $10,000.00 | $0.00 | 6/10/2023 | 64910 | 4/15/2024 | 12/2/2024 | $640.00 |
| United Healthcare | W Medical Care PC | DISP-1667978 | $8,500.00 | $0.00 | 7/31/2023 | 29884-RT | 8/15/2024 | 12/9/2024 | $640.00 |
| **Total: 108** | | | | | | | | | **$7,040.00** |