UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
AVRAHAM PLASTIC SURGERY LLC;
BESPOKE SURGICAL; COMPLETE
ORTHOPAEDICS; DEVULAPALLI MEDICAL
PLLC; FOREST HILL MEDICAL SERVICES;
FRANCESCO GARGANO, MD; ROWE
PLASTIC SURGERY OF NJ, LLC; T.V.
SESHAN, MD; HEALTHSPINE AND
ANESTHESIA INSTITUTE LLC; NORTH
SHORE SURGICAL PC; RIVERHEAD
SURGERY, PC; TECH MEDICAL OFFICE
PC; and W MEDICAL CARE PC,

            Petitioners,                             JUDGMENT
      v.                                  25-CV-784 (OEM) (SDE)

AETNA, INC.; ANTHEM, INC.; BLUE CROSS
BLUE SHIELD FEDERAL EMPLOYEE
PROGRAM; CIGNA HEALTH AND LIFE
INSURANCE COMPANY; EMBLEMHEALTH,
INC.; OSCAR HEALTH, INC.; UNITED
HEALTHCARE INSURANCE COMPANY
OF NEW YORK d/b/a THE EMPIRE PLAN;
UNITED HEALTHCARE SERVICES, INC.;
UNITED HEALTHCARE; PROPEER
RESOURCES, LCC; and ABC CORPORATIONS
1-10 (Names Fictitious),

            Respondents.
---------------------------------------------------------------X

An Order of the Honorable Orelia E. Merchant, United States District Court, having been

filed on January 20, 2026, adopting the Report and Recommendation of Magistrate Seth D.

Eichenhotlz, dated December 30, 2025, denying the Amended Petition as to all Respondents;

denying Petitioners' request for limited discovery as to Respondent ProPeer; and denying

Respondents' Motion to Sever as moot; it is

1

ORDERED and ADJUDGED that the Amended Petition is denied as to all Respondents;

Petitioners' request for limited discovery as to Respondent ProPeer is denied; and

Respondents'  Motion to Sever is denied as moot.

Dated: Brooklyn, New York                          Brenna B. Mahoney
      January 22, 2026                             Clerk of Court

                                             By:    */s/Jalitza Poveda*
                                                Deputy Clerk